Ex parte M. W. COZART.
7 Div. 244.

Court of Appeals of Alabama.
May 19, 1936.

PER CURIAM.
Appeal dismissed on motion of appellant.

W. R. CRABTREE v. STATE.
8 Div. 427.

Court of Appeals of Alabama.
Nov. 3, 1936.

BRICKEN, Presiding Judge.
Affirmed.

Floyd CRAINE v. STATE.
6 Div. 918.

Court of Appeals of Alabama.
May 12, 1936.

RICE, Judge.
Appeal dismissed.

J. M. CRAWFORD v. Lewis ROBERTSON.
6 Div. 5.
Court of Appeals of Alabama.
Nov. 27, 1936.

Jos. P. Mudd, of Birmingham, for appellant.

Wm. B. McCollough, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

Claude CREAMER v. STATE.
8 Div. 509.

Court of Appeals of Alabama.
May 25, 1937.

BRICKEN, Presiding Judge.
Affirmed.

Glennie CREEL v. STATE.
6 Div. 932.

Court of Appeals of Alabama.
May 5, 1936.

SAMFORD, Judge.
Appeal dismissed.

Oscar CRITTENDON v. STATE.
4 Div. 149.

Court of Appeals of Alabama.
Nov. 12, 1935.

RICE, Judge.
Appeal dismissed.